UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERY PEMBERTON,

     Plaintiff,

                               Case No. 11-12990

v.

                               Hon. John Corbett O'Meara
COMMISSIONER OF            Hon. Laurie J. Michelson
SOCIAL SECURITY,

     Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Laurie J. Michelson's May 2, 2012 report and recommendation. Plaintiff filed objections to the report and recommendation on May 8, 2012. On May 22, 2012 Defendant filed a response to Plaintiff's objections.

This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having reviewed Magistrate Judge Michelson's report and recommendation, and the entire record;

IT IS HEREBY ORDERED that Magistrate Judge Michelson's May 2, 2012 report and recommendation is ADOPTED as the court's findings and conclusions.

                    s/John Corbett O'Meara
                    United States District Judge

Date: May 30, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 30, 2012, using the ECF system.


s/William Barkholz
Case Manager